JUAN A. SANTIAGO, demandante y apelado, *v.* LORENZO R. CAPÓ, Marshal de la Corte Municipal de Coamo, y ARBONA HERMANOS SUCS., demandados y apelante la 2ª.

No. 3675.—*Visto:* Noviembre 17, 1925. *Resuelto:* Abril 20, 1926.

EJECUCIÓN—NATURALEZA Y REQUISITOS EN GENERAL—CUMPLIMIENTO DE SENTENCIAS—SU PETICIÓN—EN PLEITO DISTINTO DE AQUEL EN QUE LA SENTENCIA SE DICTÓ. — Cuando a virtud de *injunction* — para impedir que el márshal

entregue cierto dinero a unos embargantes—se ordena a dicho márshal que no pague y esa orden queda sin efecto al desestimarse el *injunction* en apelación, no procede, dentro de los autos del pleito de *injunction,* pedir el cumplimiento de una sentencia dictada en otro pleito independiente.

Resolución de *Rafael Díaz Cintrón,* J. (Ponce), declarando sin lugar moción sobre cumplimiento de sentencia e incidente de desacato. *Confirmada.*

*López de Tord & Zayas Pizarro,* abogados de la apelante; *A. Quintana Cajas,* abogado del apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

En la Corte de Distrito de Ponce se estableció por Juan A. Santiago contra Lorenzo R. Capó, Márshal de la Corte Municipal de Coamo, y Arbona Hermanos Sucesores, un procedimiento de *injunction* tendente a impedir que cierto dinero procedente de la venta de bienes embargados por Arbona Hermanos, Sucesores contra Manuel Cruz Semidey, en un pleito en cobro de pesos seguido en la Corte Municipal de Ponce, se entregara a los embargantes por tener Juan A. Santiago un crédito preferente sobre él.

El auto de *injunction* fué expedido. Arbona Hermanos, Sucesores, apelaron y la sentencia de la corte de distrito fué revocada por esta Corte Suprema. 33 D.P.R. 358.

Así las cosas, Arbona Hermanos Sucesores presentaron en la corte de distrito, dentro de los autos del pleito de *injunction,* una "moción sobre cumplimiento de sentencia" alegando que una vez dictada sentencia por la Corte Suprema procedía que el márshal de la Corte Municipal de Coamo les entregara el producto de la venta de los bienes embargados y que lejos de haberlo hecho así se había negado alegando que había satisfecho dicho importe a otras personas, por todo lo cual pidieron que se citara al márshal y a Juan A. Santiago y a sus fiadores para que comparecieran a mostrar causa por qué el márshal no debía ser castigado por desacato, y por qué no debía ser condenado juntamente con el principal y los fiadores a entregarles el repetido producto de la venta de los bienes embargados.

Se libró la orden correspondiente. Compareció el márshal y en una larga contestación expuso los complicados hechos que se habían desarrollado en relación con el producto de los bienes embargados. También declaró bajo juramento. Finalmente la corte dictó la resolución contra la cual se ha interpuesto el presente recurso de apelación que, en lo pertinente, dice:

"La Corte resolviendo la moción . . . . sobre cumplimiento de sentencia . . . . la declara sin lugar en todas sus partes, anulando la orden para mostrar causa . . . . todo ello sin perjuicio de que la recurrente pueda ejercitar el recurso que en derecho pueda tener. . . . ."

A nuestro juicio actuó correctamente la corte de distrito al decidir finalmente la moción de Arbona Hermanos Sucesores en la forma en que lo hizo.

La Corte de Distrito de Ponce no estaba facultada para tomar las medidas que pretendían los apelantes dentro del procedimiento de *injunction.* ¿Qué sentencia había que ejecutar en él? El pleito se había iniciado por Juan A. Santiago y terminado por la decisión de esta Corte Suprema que desestimó la demanda. Eso es todo. A virtud del *injunction* la corte de distrito ordenó al márshal que no pagara a Arbona Hermanos Sucesores. Esa orden quedó sin efecto al desestimarse el *injunction.* Despejada así la situación, no era dentro del procedimiento de *injunction* donde Arbona Hermanos Sucesores tenían que actuar. Y la resolución apelada, a mayor abundamiento, se dictó "sin perjuicio de que el recurrente pueda ejercitar el recurso que en derecho pueda tener."

*Debe confirmarse la resolución apelada.*